PROB 12B
(7/93)

Report Date: June 17, 2008

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 17 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Rodney Lee Burns        Case Number: 2:07CR06002-001
                                                       2:07CR06001-001

Name of Sentencing Judicial Officer: The Honorable W. Fremming Nielson, Senior U.S. District Judge

Date of Original Sentence: 9/17/2004      Type of Supervision: Supervised Release

Original Offense: Failure to Appear, 18 U.S.C. §         Date Supervision Commenced: 1/3/2005
3146(1)(2)

Original Sentence: Prison - 4 Months; TSR - 36    Date Supervision Expires: 1/2/2009
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Remove Home Confinement with Electronic Monitoring condition imposed on December 27, 2007.

## CAUSE

On June 10, 2008, the Assault 2nd degree charge in the Benton County Superior Court, Kennewick, WA, docket no. 07-1-01145-9, was dismissed. **It is requested that the petition and violation report dated November 16, 2007, be withdrawn.** It is also requested that the Home Confinement with Electronic Monitoring condition added by Magistrate Judge Imbrogno on December 27, 2007, be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 17, 2008

                Curtis G. Hare
                U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other - November 17, 2007 Petition is withdrawn

_____
Signature of Judicial Officer

_____
Date  June 17, 2008