PROB 12B
(7/93)

Report Date: June 17, 2008

# United States District Court

## for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision

Name of Offender: Rodney Lee Burns

Case Number: 2:07CR06002-001
2:07CR06001-001

Name of Sentencing Judicial Officer: The Honorable W. Fremming Nielson, Senior U.S. District Judge

Date of Original Sentence: 9/17/2004

Type of Supervision: Supervised Release

Original Offense: Failure to Appear, 18 U.S.C. § 3146(1)(2)

Date Supervision Commenced: 1/3/2005

Original Sentence: Prison - 4 Months; TSR - 36 Months

Date Supervision Expires: 1/2/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Remove Home Confinement with Electronic Monitoring condition imposed on December 27, 2007.

## CAUSE

On June 10, 2008, the Assault 2nd degree charge in the Benton County Superior Court, Kennewick, WA, docket no. 07-1-01145-9, was dismissed. **It is requested that the petition and violation report dated November 16, 2007, be withdrawn.** It is also requested that the Home Confinement with Electronic Monitoring condition added by Magistrate Judge Imbrogno on December 27, 2007, be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 17, 2008

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[X] Other - November 17, 2007 Petition is withdrawn

_____
Signature of Judicial Officer

June 18 2008
_____
Date